UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBERT A. GEARHART, ISIDRO MEDINA JR., TIMOTHY L. MENCHACA, EMILIO M. MONTES, BRUCE R. MOORE, NATHANIEL OAKMAN, MARK JAMES OLSON, ANTONIO RIVAS, JEFFERY J. ZAVALA, GEORGE W. RANDALL, ANTHONY STATZ, ANDREW L. ALMAZAN, ANTHONY ROGERS, RICHARD MORALES, VENTURA CALDERON JR., RUBEN A. URIEGAS, ROBERT J. DE LEON, ROLANDO CESAR GARZA, MARCOS A. VALLEJO, RODOLFO C. ZUNIGA, JAMES BENNETT, RICARDO CASTRO, RUDY DURAND, CARLOS ESQUIVEL, SANTIAGO T. GARCIA, PLAINTIFFS, JOEL M. GARZA, PLAINTIFFS, DANIEL E. GIBSON, RICHARD G. GIUSTI, JAY V. GOVAN, TIMOTHY H. HARMON, TODD F. HARTY, RENE HERNANDEZ, RICAHRD R. LUJAN JR., ROBERT MARTINEZ JR., RUDOLPH MAZON, MOISES MENCHACA, RAUL A. NANDIN, MICHAELANGELO PANSZA, DARLA Y. PARSON, ARTURO PEREZ, HERLIN A. PINEDA JR., JOHN W. POLLARD, CALVIN S. PRATER, DANIEL RODRIGUEZ, JORGE E. RODRIGUEZ, CARL WILBURN, MICHAEL GREENWOOD | § § § § § § | No.: SA:99-CV-01110-OLG<br>No.: SA-02-CV-499-OLG is consolidated w/SA-99-CV-01110-OLG |

vs.

CITY OF SAN ANTONIO, VICK PUTMAN, JOHN E. CLARK

**ORDER FOR SETTLEMENT PAPERS**

On January 4, 2007 counsel for defendant orally advised the Court that this case settled. The parties have not filed the closing paperwork in this case. Accordingly, it is

hereby ORDERED that:

1) The parties shall submit a stipulation of dismissal or agreed judgment and any appropriate supporting documents on or before **January 31, 2007**. If the parties are unable to submit those documents by that date, Plaintiff should move for an extension of time to file the documents. Failure to so move shall result in a dismissal of this case from the Court's docket for failure to diligently prosecute.

2) All pretrial deadlines in this case are hereby STAYED pending the submission of the parties' stipulation of dismissal or agreed judgment, and any appropriate supporting documents. These deadlines will be reinstated if the parties are unable to finalize their settlement of this case.

3) Any motions pending in this action are DENIED, subject to reurging should settlement fail.

4) The Plaintiff shall serve a copy of this order on the attorney for the defendant.

5) The trial setting is cancelled.

No extensions of the above deadline shall be granted except upon a showing of good cause.

**It is so ORDERED.**

**SIGNED this 8th day of January, 2007.**

_____
**ORLANDO L GARCIA**
**UNITED STATES DISTRICT JUDGE**