IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ROBERT A. GEARHART, ISIDRO MEDINA, JR., TIMOTHY L. MENCHACA, EMILIO M. MONTES, BRUCE R. MOORE, NATHANIEL OAKMAN, MARK JAMES OLSON, ANTONIO RIVAS, JEFFERY J. ZAVALA, GEORGE W. RANDALL, ANTHONY STATZ, ANDREW L. ALMAZAN, ANTHONY ROGERS, RICHARD MORALES, VENTURA CALDERON, JR., RUBEN A. URIEGAS, ROBERT J. DE LEON, ROLANDO CESAR GARZA, MARCO A. VALLEJO, RODOLFO C. ZUNIGA, JAMES BENNETT, RICARDO CASTRO, RUDY DURAND, CARLOS ESQUIVEL, SANTIAGO T. GARCIA, JOEL M. GARZA, DANIEL E. GIBSON, RICHARD G. GIUSTI, JAY V. GOVAN, TIMOTHY H. HARMON, TODD F. HARTY, RENE HERNANDEZ, RICHARD R. LUJAN, JR., ROBERT MARTINEZ, JR., RUDOLPH MAZON, MOISES MENCHACA, RAUL A. NANDIN, MICHAELANGELO PANSZA, DARLA Y. PARSON, ARTURO PEREZ, HERLIN A. PINEDA, JR., JOHN W. POLLARD, CALVIN S. PRATER, DANIEL RODRIGUEZ, JORGE E. RODRIGUEZ, CARL WILBURN, MICHAEL GREENWOOD, ERNEST GONZALES, MICHAEL PULLIN, and EDWARD A. ZUNIGA<br><br>     Plaintiffs,<br><br>v.<br><br>CITY OF SAN ANTONIO, TEXAS,<br><br>     Defendant. | CIVIL ACTION NO. SA-99-CA-1110-OG<br>(No. SA-O2-CA-499-OLG is consolidated with NO. SA-99-CA-O1110-OLG) |

31248460.1

## STIPULATION TO DISMISS CLAIMS WITH PREJUDICE

COMES NOW all Plaintiffs to the subject action and Defendant City of San Antonio, Texas, and jointly file this Stipulation to Dismiss Claims with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) as to all claims asserted in the subject action by Plaintiffs against Defendant City of San Antonio, Texas. Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs stipulate to this Court that all claims against Defendant City of San Antonio, Texas in the above entitled and numbered action shall be dismissed in their entirety with prejudice and with all parties to bear their own costs, expenses and attorneys' fees.

Respectfully submitted,

DEATS, DURST, OWEN & LEVY, P.L.L.C.

*/s/ Martha P. Owen*

Martha P. Owen
State Bar No. 15369800
1204 San Antonio Street, Suite 203
Austin, Texas 78701
Telephone: 512-474-6200
Facsimile: 512-474-7896
Attorneys for Plaintiffs

FULBRIGHT & JAWORSKI L.L.P.

*/s/ Cyndi M. Benedict*

Cyndi M. Benedict
State Bar No. 03322000
Stephen J. Romero
State Bar No. 24046756
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
Telephone: 210-224-5575
Facsimile: 210-270-7205
Attorneys for City of San Antonio, Texas

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February, 2007, I electronically filed STIPULATION TO DISMISS CLAIMS WITH PREJUDICE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following.

Martha P. Owen
Deats, Durst, Owen & Levy, P.L.L.C.
1204 San Antonio Street, Suite 203
Austin, TX 78701

_____
Cyndi M. Benedict

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ANTHONY ROGERS, RICHARD MORALES, VENTURA CALDERON, JR., ANDREW ALMAZON, ROBERT J. DeLEON, ROLANDO CESAR GARZA, ROBERT A. GEARHART, ISIDRO MEDINA, JR., TIMOTHY L. MENCHACA, EMILIO M. MONTES, BRUCE R. MOORE, NATHANIEL OAKMAN, MARK JAMES OLSON, ANTONIO RIVAS, JEFFREY J. ZAVALA, GEORGE W. RANDALL, CARL WILBURN, MICHAEL GREENWOOD, JAMES BENNETT, II, RICARDO CASTRO, RUDY DURAND, CARLOS ESQUIVEL, SANTIAGO T. GARCIA, JOEL M. GARZA, DANIEL E. GIBSON, RICHARD G. GIUSTI, JAY V. GOVAN, TIMOTHY H. HARMON, TODD F. HARTY, RENE HERNANDEZ, RICHARD R. LUJAN, JR., ROBERT MARTINEZ, JR., RUDOLPH MAZON, MOISES MENCHACA, RAUL A. NANDIN, MICHAELANGELO PANSZA, DARLA Y. PARSON, ARTURO PEREZ, HERLIN A. PINEDA, JR., JOHN W. POLLARD, CALVIN S. PRATER, DANIEL RODRIGUEZ, JORGE E. RODRIGUEZ, ANTHONY STATZ, RUBEN A. URIEGAS, MARCO A. VALLEJO, RODOLFO C. ZUNIGA, ERNEST GONZALES, MICHAEL PULLIN and EDWARD A. ZUNIGA<br><br>   Plaintiffs,<br><br>v.<br><br>CITY OF SAN ANTONIO, TEXAS,<br><br>   Defendant. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. SA-99-CA-1110-OG<br>(No. SA-O2-CA-499-OLG is consolidated with NO. SA-99-CA-O1110-OLG) |

## ORDER DISMISSING CLAIMS WITH PREJUDICE AND WITHOUT COSTS

A stipulation having been entered into by and between all Plaintiffs to the subject action and Defendant City of San Antonio, Texas, and the Court being fully advised of the premises:

31248460.1

It is therefore hereby GRANTED that all claims asserted by all Plaintiffs against Defendant City of San Antonio, Texas, in the above action be and hereby are dismissed with prejudice and with each party to bear its own costs, expenses and attorneys' fees.

Signed this _____ day of _____, 2007.

_____
United States District Judge